IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD GENE BROOKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | NO. 3:03-0821 |
| | ) | JUDGE HAYNES |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Respondent, the State of Tennessee's motion for summary judgment (Docket Entry No. 45) is **GRANTED** and the Petitioner, Donald Gene Brooks' petition for writ of habeas corpus is **DENIED**. The Petitioner has ten (10) days from the date of entry of this Order to file an application for a Certificate of Appealability listing any issue for which an appeal of this Order is sought pursuant to 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 30th day of March, 2007.

WILLIAM J. HAYNES, JR
United States District Judge